# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Hamed Ramadan Bayoumy Aly Marie,<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Case No. 1-25-mj-397<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____June 24, 2025_____ in the city/county of _____
in the _____Eastern_____ District of _____Virginia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1368(a) | Willfully and maliciously harming animals a police animal, |

This criminal complaint is based on these facts:




☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Richard Krupczak
_____
*Printed name and title*

_____
*Complainant's signature*

Kyle Weir - HSI Task Force Officer / Federal A
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone _____ *(specify reliable electronic means)*.

Date: June 24, 2025

_____
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable William E. Fitzpatrick United States Magistrate Judge
*Printed name and title*