|  |  |
|---|---|
|  | TYPE OF HEARING: __R5/Plea__ |
|  | CASE NUMBER: __1:25-mj-397__ |
|  | MAGISTRATE JUDGE: W. Fitzpatrick |
|  | DATE: __6/25/2025__ |
|  | TIME: 2:09 – 2:20  p.m. |
| EASTERN DISTRICT OF VIRGINIA | 3:41 – 3:42 p.m. |
|  | 3:46 – 4:08 p.m. |
| UNITED STATES OF AMERICA | 4:48 – 5:05 p.m. |
| VS. |  |
|  | DEPUTY CLERK: Laura Guerra |

__Hamed Ramadan Bayourny Aly Marie__

Govt Counsel:  Richard Krupczak

Deft Counsel:   John Rowley

Interpreter: Arabic: Sonya Hegazy

Deft informed of rights, charges, and penalties (x)

Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (x)

Plea entered guilty as to Count 1. Court accepts plea. Sentencing as to Count 1: One Year Supervised Probation with Conditions; Time Served; Fine $100.00 S/A $25.00 Restitution $840.00

If the deft remains in the county on 6/30/2025, a hearing shall be set on 7/1/2025 to impose additional conditions of probation. Counsel to advise chambers on 6/30/2025 of deft's status. Original release order given to the USMS.