IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAMAD RAMADAN BAYOUMY ALY MARIE,<br><br>      Defendant. | Case No.  1:25-mj-397<br><br>Hon. William Fitzpatrick |

**Motion Regarding Restitution**

On June 25, 2025, defendant Hamad Ramadan Bayoumy Aly Marie was convicted after a guilty plea of harming an animal used in law enforcement in violation of 18 U.S.C. § 1368(a).

Customs and Border Patrol K9 Freddy is a victim of the defendant's offense conduct and is entitled to restitution. The Government submits, with the defendant's consent, that restitution should be included in the defendant's judgment as follows:

- **$840.00** payable to Customs and Border Patrol, whose name and address have been provided to the Clerk's Office.

The parties further stipulate and agree to the following conditions of payment:

1. Interest:

    _X_   is waived.

    ___ accrues as provided in 18 U.S.C § 3612(f).

2. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately.  The Government may enforce restitution at any time.

3. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, VA 22314.

4. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

5. No delinquent or default penalties will be imposed except upon Order of the Court.

The Government requests that the Court enter a restitution order consistent with this stipulation.

Respectfully Submitted,

Erik S. Siebert
United States Attorney

By:

_____/s/_____
Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3902
Fax: (703) 299-3980
Email: Richard.krupczak@usdoj.gov

Dated: June 25, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAMAD RAMADAN BAYOUMY ALY MARIE,<br><br>      Defendant. | Case No.  1:25-mj-397<br><br>Hon. William Fitzpatrick |

### Restitution Order

On June 25, 2025, defendant Hamad Ramadan Bayoumy Aly Marie was convicted after a guilty plea of harming an animal used in law enforcement in violation of 18 U.S.C. § 1368(a).

Customs and Border Patrol K9 Freddy is a victim of the defendant's offense conduct and is entitled to restitution. The Government submits, with the defendant's consent, that restitution should be included in the defendant's judgment as follows:

- **$840.00** payable to Customs and Border Patrol, whose name and address have been provided to the Clerk's Office.

The Court makes the following additional findings:

6. Interest:

    __X__  is waived.

    ____  accrues as provided in 18 U.S.C § 3612(f).

7. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately.  The Government may enforce restitution at any time.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, VA 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

_____
United States Magistrate Judge

ENTERED this \_\_\_\_\_ day of \_\_\_\_\_, 2025.

at Alexandria, Virginia.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Respectfully Submitted,

Erik S. Siebert
United States Attorney

By:   /s/
Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3902
Email: Richard.krupczak@usdoj.gov